# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00060SOM |
| CASE NAME: | USA v. Fanua Fanny Thomas |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Richard Kawana |
| PROBATION OFFICER: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/9/2006 | TIME: | 3:55-4:35pm |

COURT ACTION:  EP:
1. Sentencing to Count 1 of the Information
2. Government's Motion for Downward Departure and Sentencing Recommendation

Defendant present, not in custody

Memorandum of Plea Agreement accepted by the court

Government's Motion for Downward Departure and Sentencing Recommendation is hereby granted.

Allocution by the defendant

ADJUDGED:

Imprisonment: 14 Months

Supervised Release:  3 Years

No Fine imposed

Special Assessment: $100

CONDITIONS:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition)

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition) but no more than 8 valid drug tests per month during the terms of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in a substance abuse treatment program, which may include drug testing at the discretion and direction of the Probation Office. No alcohol allowed while in the treatment program.

8. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of her right to appeal

JUDICIAL RECOMMENDATIONS: 1) defendant requests Federal Detention Center in Honolulu, Hawaii so she may have contact with her children; 2) Educational/Vocational programs to obtain her GED

Mittimus is stayed until 2/13/06.  Defendant to self surrender @ 10:00 a.m. 2/13/06 at the Federal Detention Center, Honolulu, Hawaii.  If defendant is not designated to the FDC, she must report to the United States Marshal's Office, Honolulu, Hawaii @ 10:00 a.m. 2/13/06 for transport to the facility designated by the BOP.

Defendant requests to stay her 2/13/06 Mittimus three months to complete her CPS drug tests. Court requests more information and directs Mr. Kawana to submit a letter with Ms. Sameshima's approval for the court's approval.

Defendant's oral request to dismiss the First Superseding Indictment as to this defendant under CR 04-00291SOM is hereby granted

Defendant to remain out on bail with the same conditions to apply

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Fanua Thomas,sa.wpd