ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

141675

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00060SOM-01 |
| FANUA FANNY THOMAS | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 27 2007

at 3 o'clock and 40 min P.M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST FANUA FANNY THOMAS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

U.S. MARSHALS SERVICE
HONOLULU
2007 NOV 27 PM 12:16
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | NOVEMBER 27, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Susan Oki Mollway, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received 11-27-07 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 11-27-07 | | |