# MINUTES

CASE NUMBER: CR 05-00060SOM

CASE NAME: USA vs. Fanua Fanny Thomas

ATTYS FOR PLA: Beverly Wee Thomas
Lisa Jicha (USPO)

ATTYS FOR DEFT: Richard Kawana

INTERPRETER:

JUDGE: Susan Oki Mollway   REPORTER: Debra Chun

DATE: 11/29/2007   TIME: 3:50 - 4:05

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Fanua Fanny Thomas present and in custody.

Defendant admits to all 3 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Court continues this hearing to 12/14/07 @ 9:45 a.m. in order to obtain more information.

Mr. Kawna to check with the defendant's employer as to her status.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.