# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 05-00060SOM |
| CASE NAME: | USA vs. Fanua Fanny Thomas |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Lisa Jicha (USPO) |
| ATTYS FOR DEFT: | Richard Kawana |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/14/2007 | TIME: | 9:45 - 10:10 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Fanua Fanny Thomas present and in custody.

Mr. Kawana updated the Court re: defendant's status.

Allocution by the defendant.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 1 Month.

Supervised Release: 35 Months.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program and may include residential treatment approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

▸ That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

▸ That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Mr. Kawana to contact the defendant's employer at Times to inform him that the defendant will be released from custody by the end of the year, and to contact the housing supervisor at Nakolea to inform him to hold a space for her.

Defendant advised of her right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.